## Worksheet for Types of Property:

Separately list and describe ALL assets for the following "Types of Assets." Provide a separate value for each item listed and a written appraisal for any asset valued at $99 or more. Attach additional pages to this questionnaire if more space is needed. Value each item at the amount you would receive if you sold the item to a willing buyer.

**6. Household Goods and Furnishings:**
- refrigerator(s): $50.00
- oven/range/stove(s): $25.00
- microwave(s): $10.00
- dishwasher(s): $0
- garbage disposal(s): $0
- carpets(s): $0
- washer(s): $20.00
- dryer(s): $20.00
- grill/griddle(s): $0
- window ac units(s): $0
- ceiling fans(s): $5.00
- generator(s): $0
- satellite dish(s): $0
- swing set(s): $0
- other major appliance(s): $0
- sofa/couch(es): $5.00
- chair(s): $5.00
- linen(s): $2.00
- china: $0
- kitchenware: $3.00
- garage item(s): $0
- bed(s): $5.00
- table(s): $2.00
- lamp(s): $.50¢
- mirror(s): $0
- pot/pan(s): $1.00
- desk(s): $0
- dresser(s): $2.00
- quilt/blanket(s): $2.00
- other item(s): $0

**7. Electronics:**
- cell phone(s): $30.00
- TVs(s): $50.00
- radio/stereo(s): $0
- computer(s): $0
- computer monitor(s): $0
- printer(s): $0
- game console(s): $0
- tablet(s): $0
- iPods(s): $0
- VCRs/DVD player(s): $0
- other item(s): $0

**8. Collectibles of Value:**
- art(s): $0
- painting(s): $0
- picture(s): $0
- print(s): $0
- memorabilia: $0
- antique(s): $0
- stamp collection(s): $0
- coin collection(s): $0
- card collection(s): $0
- items on wall: $0
- book(s): $0
- CDs/DVDs/records(s): $0
- other item(s): $0

**9. Sports, Photo, Exercise; and other Hobby Equipment; Musical Instruments:**
- football(s): $0
- baseball(s): $0
- hockey(s): $0
- tennis(s): $0
- Other sport(s): $0
- camera(s): $0
- camcorder(s): $0
- film developer(s): $
- tripod(s): $
- other photo equipment: $
- exercise equipment(s): $
- bike(s): $
- roller blades(s): $0
- ski(s): $0
- musical instruments(s): $0
- other: $0

**10. Firearms, Ammunition, and related Equipment:**
- pistol(s): $0
- rifle(s): $0
- bow and arrow(s): $0
- other gun(s): $0
- ammunition: $0
- related equipment(s): $0

**11. Clothing:**
- shirts/blouse(s): $.25 x 5
- sweater(s): $.30 x 5
- t-shirt(s): $.5
- tank(s): $0
- vest(s): $0
- casual bottoms: $.25 x 5
- dress bottoms: $.25 x 5
- shorts: $.10¢ x 3
- skirt(s): $.15¢ x 2
- jeans: $.10¢ x 4
- everyday dress(es): $
- evening wear dress(es): $0
- suit(s): $0
- sweats: $0
- pajamas: $3.00
- nightgown(s): $0
- robe(s): $0
- coat(s): $5.00
- blazer: $0
- swimwear: $0
- shoes: $2.00
- boots: $3.00
- handbag(s): $1.00
- wallet(s): $.50¢
- umbrella(s): $.15¢
- luggage: $1.00
- belt(s): $.10¢
- other item(s): $0

**12. Jewelry:**
- engagement ring(s): $0
- wedding ring(s): $0
- everyday jewelry: $0
- costume jewelry(s): $0
- heirloom(s): $0
- watch(es): $0
- gem(s): $0
- gold: $0
- silver: $0
- other item(s): $0

Signed: _[signature]_