IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) CHAPTER 13 |
| BOBBIE JORDAN, | ) CASE NO. 18-03374 |
| | ) JUDGE CASSLING |
| DEBTOR(S) | ) |

## NOTICE OF MOTION

**The following parties have been served via electronic mail:**
See attached service list.

**The following party(s) have been served via regular US mail:**
See attached service list.

I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his stead at 219 S. Dearborn Street, Chicago, Illinois, and in the following courtroom (or any other place posted), and present the Motion to Substitute Attorney, at which time and place you may appear:

JUDGE:    CASSLING
ROOM:     619
DATE:     January 30, 2020
TIME:     9:30 am

/s/    David M. Siegel
David M. Siegel, A.R.D.C. #6207611

## PROOF OF SERVICE

The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, before 5:00 p.m. on January 7, 2020 with proper postage prepaid, unless a copy was provided electronically by the Bankruptcy Court.

/s/ David M. Siegel
David M. Siegel, A.R.D.C. #6207611

David M. Siegel, ARDC #6207611
DAVID M. SIEGEL & ASSOCIATES, LLC
Attorney For Debtor
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100

**The following parties have been served via electronic mail:**
US Trustee: USTPRegion11.ES.ECF@usdoj.gov
Tom Vaughn, Chapter 13 Trustee: ecf@tvch13.net
Santander, c/o Sorman & Frankel: ckauffman@sormanfrankel.com

**The following party(s) have been served via regular US mail:**

Bobbie Jordan
9538 S. Euclid
Chicago, IL 60617

Cook County Treasurer's Office
118 N. Clark St., Rm. 112
Chicago, IL 60602

Cavalry SPV
500 Summit Lake Drive, Ste. 400
Valhalla, NY 10595

IRS
P.O. Box 7346
Philadelphia, PA 19101-7346

Peritus Portfolio/Wollemi
P.O. Box 141419
Irving, TX 75014-1419

City of Chicago, Dept. of Finance
Bureau of Utility Billing & Cus. Serv.
P.O. Box 6330
Chicago, IL 60680-6330

Stoneberry
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380

City of Chicago, Dept. of Finance
Arnold Scott Harris
111 W. Jackson Blvd., Ste. 600
Chicago, IL 60604

Deville Asset Management
P.o. Box 1987
Colleyville, TX 76034

AmeriCash Loans
P.O. Box 184
Des Plaines, IL  60016

Premier Bankcard/Jefferson Capital Systems
P.O. Box 7999
St. Cloud, MN  56302-9617

PYOD/Arrow Financial Services
Resurgent Capital Services
P.O. Box 19008
Greenville, SC  29602

Americash Loans
P.O. Box 184
Des Plaines, IL  60016

Brandon S. Lefkowitz
24100 Southfield Rd., Ste. 203
Southfield, MI  48075-2851

Capital One
P.O. box 5253
Carol Stream, IL  60197-5253

Chrysler Capital
P.O. box 660335
Dallas, TX  75266-0335

Chrysler Capital
P.O. Box 961275
Ft. Worth, TX  76161

Citicards
P.O. Box 790040
St. Louis, MO  63179-0040

Citifinancial/Attn:  Bankruptcy
605 Munn Drive
Ft. Mill, SC  29715

Comcast/Bankruptcy Dept.
P.O. Box 1931
Burlingame, CA  94011

Comenity Bank/Carsons
P.O. Box 182125
Columbus, OH  43218

Entrust Energy Northeast
1301 McKinney
Houston, TX 77010-3031

Equity One Investment Fund
c/o Attorney Heather Ottenfeld
120 W. Madison, Ste. 918
Chicago, IL 60602

Equity One Investment Fund
c/o John Bridge, LLC Manager
80 Main St., Ste. A
Sugar Grove, IL 60554

Fingerhut/Bankruptcy Dept.
6250 Ridgewood Rd.
St. Cloud, MN 56303-0820

Ginnys/Swiss Colony
1112 7th Ave.
Monroe, WI 53566-1364

Midland Funding
3111 Camino Del Rio N, #103
San Diego, CA 92108-5721

Midland Funding
P.O. Box 13105
Roanoke, VA 24031-3105

Midwest Orthopaedic
P.O. box 1052
Bedford Park, IL 60499

Santander Consumer
5201 Rufe Snow Drive, Ste. 400
North Richland Hills, TX 76180

Synchrony Bank
P.O. Box 965060
Orlando, FL 32896

The Law Offices of Chad M. Hayward, PC
Attn.: Chad Hayward
50 S. Main, #200
Naperville, IL 60540

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) CHAPTER 13 |
| BOBBIE JORDAN, | ) CASE NO. 18-03374 |
| | ) JUDGE CASSLING |
| DEBTOR(S) | ) |

## MOTION FOR SUBSTITUTION OF ATTORNEY

NOW COMES the Debtor, BOBBIE JORDAN, by and through her attorney, DAVID M. SIEGEL AND ASSOCIATES, LLC, and in support of her Motion, states as follows:

1. That BOBBIE JORDAN is the Debtor for the above captioned Chapter 13 bankruptcy case.

2. That said case was filed on February 7, 2018 with Tom Vaughn appointed as Trustee.

3. That Debtor's attorney at the time of filing was Chad M. Hayward of the Law Offices of Chad M. Hayward, PC.

4. That Debtor has terminated the services of Chad M. Hayward of the Law Offices of Chad M. Hayward, PC on or about January 2, 2020. (See attached Exhibit A)

5. That the Debtor wishes to be represented by David M. Siegel for the remainder of his case.

WHEREFORE, Debtor respectfully requests that this honorable court grant Debtor's Motion to substitute attorney David M. Siegel for her prior counsel, Chad M. Hayward of the Law Offices of Chad M. Hayward, PC.

Respectfully Submitted,

/s/ David M. Siegel
David M. Siegel, A.R.D.C. #6207611
Attorney for the Debtor(s)

David M. Siegel, ARDC #6207611
Attorney For Debtors
DAVID M. SIEGEL AND ASSOCIATES, LLC
Attorney For Debtors
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100

# EXHIBIT A

1/2/2020

Dear,

Chad Hayward, I Bobbie Jordan No Longer wish for Chad Hayward to No Longer represent me in My chapter 13 Bankruptcy. I have hired David Siegel and associates to represent Me.

Sincerly
Bobbie Jordan